**EXHIBIT B**



**Instrument Number: 201702100020465**
**Recorded Date: 02/10/2017 12:33:34 PM**



Daniel J. O'Connor
Franklin County Recorder
373 South High Street, 18th Floor
Columbus, OH 43215
(614) 525-3930
http://Recorder.FranklinCountyOhio.gov
Recorder@FranklinCountyOhio.gov

**Transaction Number:** T20170010709
**Document Type:** DEED
**Document Page Count:** 3

| Submitted By (Walk-In): CROWN SEARCH SERVICES | Return To (Box): CROWN SEARCH SERVICES |
|---|---|
| Walk-In | Box |
| **First Grantor:** PNC BANK NA | **First Grantee:** AMERICAN HOMES 4 RENT PROPERTIES SEVEN LLC |
| **Fees:** | **Instrument Number:** 201702100020465 |
| Document Recording Fee: $28.00 | **Recorded Date:** 02/10/2017 12:33:34 PM |
| Additional Pages Fee: $8.00 | |
| **Total Fees:** $36.00 | |
| **Amount Paid:** $36.00 | |
| **Amount Due:** $0.00 | |

OFFICIAL RECORDING COVER PAGE

## DO NOT DETACH

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover sheet appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

**TRANSFERRED**

**FEB 1 0 2017**

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO  2499

| Conveyance |
|---|
| Mandatory- 163.00 |
| Permissive- 163.00 MWD |
| CLARENCE E. MINGO II FRANKLIN COUNTY AUDITOR |

Commitment Number: 160342199
Seller's Loan Number: 0012567384

After Recording Return To:
ServiceLink, LLC
1400 Cherrington Parkway
Moon Township, PA 15108

This instrument prepared by:
Jay A. Rosenberg, Esq., Rosenberg LPA, Attorneys At Law, 3805 Edwards Road, Suite 550, Cincinnati, Ohio 45209 (513) 247-9605 Fax: (866) 611-0170.

PROPERTY APPRAISAL (TAX/APN) PARCEL IDENTIFICATION NUMBER
520-268456-00

## SPECIAL WARRANTY DEED

**PNC Bank, National Association**, whose mailing address is **3217 S. Decker Lake Dr. Salt Lake City, Utah 84119**, hereinafter grantor, for $163,000.00 (One Hundred Sixty Three Thousand Dollars and Zero Cents) in consideration paid, grants with covenants of special warranty to **AMERICAN HOMES 4 RENT PROPERTIES SEVEN LLC**, hereinafter grantee, whose tax mailing address is **30601 Agoura Road #200, Agoura Hills, CA 91301**, the following real property:

ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF FRANKLIN, STATE OF OHIO, BEING KNOWN AND DESIGNATED AS FOLLOWS: SITUATED IN THE STATE OF OHIO, COUNTY OF FRANKLIN AND IN THE CITY OF COLUMBUS: BEING LOT NUMBER FORTY-NINE (49), IN STONEHILL SECTION 1 PART 1, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN PLAT BOOK 103, PAGE 10, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.

Property Address is: 6919 ONYX BLUFF LANE BLACKLICK, OH 43004.

Page 1 of 3

Seller makes no representations or warranties, of any kind or nature whatsoever, other than those set out above, whether expressed, implied, implied by law, or otherwise, concerning the condition of the title of the property.

The real property described above is conveyed subject to the following: All easements, covenants, conditions and restrictions of record; All legal highways; Zoning, building and other laws, ordinances and regulations; Real estate taxes and assessments not yet due and payable; Rights of tenants in possession.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title interest, lien equity and claim whatsoever of the said grantor, either in law or equity, to the only proper use, benefit and behalf of the grantee forever.

Prior instrument reference: **201610190143149**

Case 2:21-bk-53083    Doc 21-2    Filed 09/28/21    Entered 09/28/21 21:01:44    Desc Exhibit  Deed - Source of Title - 6919 Onyxbluff Ln    Page 4 of 4

FRANKLIN COUNTY OH    Recorded: 02/10/2017 12:33:24 PM    Instrument # 201702100020465    Page: 4 of 4

Executed by the undersigned on January 19, 2017:

PNC Bank, National Association, By Select Portfolio Servicing, Inc., as Attorney in Fact

By: _____    JAN 19 2017

Name: _____Conrad Stribakos_____

Its: _____DOC. CONTROL OFFICER_____

STATE OF _____Utah_____
COUNTY OF _____Salt Lake_____
The foregoing instrument was acknowledged before me on __Jan 19__, 2017 by __Conrad Stribakos__ as __Document Control Officer__ on behalf of **Select Portfolio Servicing, Inc., as Attorney in Fact for PNC Bank, National Association** who is <u>personally known</u> to me or has produced _____ as identification, and furthermore, the aforementioned person has acknowledged that his/her signature was his/her free and voluntary act for the purposes set forth in this instrument.

_____
Notary Public

NICHOLAS WRIGHT
Notary Public State of Utah
My Commission Expires on:
April 25, 2020
Comm. Number: 688746