Form 4001-1(a)

# UNITED STATES BANKRUPCTY COURT
# SOUTHERN DISTRICT OF OHO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| Stephen Rudolph (xxx-xx-1150) | : | Case No.: 21-53083 |
| Debtor. | : | Chapter 13 |
| | : | Judge John E. Hoffman, Jr. |
| | : | |

### RELIEF FROM STAY / ADEQUATE PROTECTION
### EXHIBIT AND WORKSHEET – REAL ESTATE
### (For use as required by LBR 4001-1(a)(1))

---

Real property address which is the subject of this Motion:   6919 Onyxbluff Lane
Blacklick, Ohio  43004

**DEBT / VALUE REPRESENTATIONS:**

| | |
|---|---|
| Total indebtedness of the debtor(s) at the time of filing the Motion for Relief for Stay (not to be relied upon as a payoff) | $ 13,316.20 |
| Movant's estimated market value of the real property | $ 203,800.00 |

Source of the estimated valuation: Franklin County Auditor 2020 value

**STATEMENT OF ARREARAGE:**

| | |
|---|---|
| (1) As of petition filing date: | $ 13,316.20 |
| Amounts paid after the date of filing to be applied to prepetition default | $ 0 |
| (2) Post-petition: (10/1/2021+) | $ 0.00 |
| (3) Monthly payment amount: | $ 1,895.00 |
| (4) Date of Last Paid Installment: | 4/1/2021 |
| (5) Amount of Last Payment (NSF payments negate credits) | $ n/a |

Page 1 of 3

| | |
|---|---|
| # of payments due post-petition:<br>    First Payment due post-petition = Oct 1, 2021 | 0 |
| # of payments received post-petition: | 0 |
| # of payments in default post- petition:<br>    Excluding unpaid utilities which remain due | 0 |

Total amount of post- petition payments currently in default

| | | |
|---|---|---|
| First post-petition rent installment due 10/1/2021 | $ | 0.00 |
| + unpaid utilities (first post-petition pmt due 10/1/2021) | $ | 0.00 |
| + other post-petition charges | $ | 0.00 |
| - unapplied funds | $ | 0 |
| = Total Post petition Arrearage (as of filing date of motion) | $ | 0.00 |

**OTHER LEASE INFORMATION**

| | |
|---|---|
| Date of Present Lease: | 4/2/2021 |
| Current Monthly Rent | $ 1,895.00 |

**REQUIRED ATTACHEMENTS TO MOTION:**

(a) In a Chapter 13 case, a post petition payment history
    (see attached lease payment history;
    Note: includes prior lease agreements plus
    the current agreement).

(b) In all cases, copies of documents which indicate movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the real estate mortgage should be attached. The mortgage should bear date stamps reflecting the recording date together with recording references reflecting the recordation of the mortgage with the appropriate county official. If the subject property is registered land, movant shall attach a copy of the registered land certificate or other documentation reflecting that the mortgage was memorialized as a lien on the registered land certificate.

This Exhibit and Worksheet were prepared by:

                                      /s/Matthew J. Roda
                                      Matthew J. Roda (0061985)
                                      Attorney at Law
                                      MAGNUSON & BARONE
                                      570 Polaris Parkway, Suite 140
                                      Westerville, OH  43082
                                      Tel: 614-818-0500

Fax 614-901-5800
Email: mroda@talontitle.net
*Attorney for Creditor*
*American Homes 4 Rent Properites*
*Seven LLC, a Delaware limited*
*liability company*

**Resident Ledger**

|  |  |  | Date: | 09/24/2021 |
|---|---|---|---|---|
|  |  |  | Resident Code: | t0250000 |
|  |  |  | Property: | oh15537 |
|  |  |  | Unit: | OH15537 |
|  | **Stephen Rudolph** |  | Status: |  |
|  | **6919 Onyxbluff Lane** |  | Rent: | $1,895.00 |
|  | **6919 Onyxbluff Lane** |  | Deposit: |  |
|  | **Blacklick, OH 43004** |  | Move In Date: | 04/02/2021 |
|  |  |  | Move Out Date: | 01/01/0001 |
|  |  |  | Due Day: | 1 |
|  |  |  | Tel Num(Office): |  |
|  |  |  | Tel Num(Home): | 6148699913 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | Balance forward | 0.00 | 0.00 | 0.00 |
| 03/25/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Online Leasing :LWF Select Home Transfer NSFed by ctrl# 8712869 NSF per Treasury | 0.00 | 50.00 | (50.00) |
| 03/25/21 | Application Fee (Stephen Rudolph) | 50.00 | 0.00 | 0.00 |
| 03/30/21 | Security Deposit | 1,895.00 | 0.00 | 1,895.00 |
| 03/31/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8715833 DP#22332 NSF (R03) No Account/Unable to Locate Account YTBFBLGMLJ4 | 0.00 | 50.00 | 1,845.00 |
| 03/31/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8715847 DP#4219 NSF GPDFBLGMLJ4 | 0.00 | 1,895.00 | (50.00) |
| 04/01/21 | :WIPS - WIPS Receipt Reference Number: OH004600698600036 | 0.00 | 1,932.00 | (1,982.00) |
| 04/02/21 | Admin Fee | 100.00 | 0.00 | (1,882.00) |
| 04/02/21 | Rent for 29 days | 1,831.83 | 0.00 | (50.17) |
| 04/05/21 | :ACH-WEB - NSF receipt Ctrl# 8651314 | 0.00 | (50.00) | (0.17) |
| 04/05/21 | :ACH-WEB - NSF receipt Ctrl# 8665699 | 0.00 | (50.00) | 49.83 |
| 04/05/21 | :ACH-WEB - NSF receipt Ctrl# 8665702 | 0.00 | (1,895.00) | 1,944.83 |
| 04/05/21 | Returned check charge | 30.00 | 0.00 | 1,974.83 |
| 04/05/21 | Returned check charge | 30.00 | 0.00 | 2,004.83 |
| 04/07/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8736303 DP#22534 NSF (R03) No Account/Unable to Locate Account 8FQ326JMLJ3 | 0.00 | 110.00 | 1,894.83 |
| 04/07/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8736306 DP# 4248 NSF (R03) No Account/Unable to Locate Account 24R326JMLJ3 | 0.00 | 1,895.00 | (0.17) |
| 04/12/21 | :ACH-WEB - NSF receipt Ctrl# 8723820 | 0.00 | (110.00) | 109.83 |
| 04/12/21 | :ACH-WEB - NSF receipt Ctrl# 8723821 | 0.00 | (1,895.00) | 2,004.83 |
| 04/12/21 | Returned check charge | 30.00 | 0.00 | 2,034.83 |
| 04/12/21 | Returned check charge | 30.00 | 0.00 | 2,064.83 |
| 04/13/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8751862 DP#22563 NSF (R03) No Account/Unable to Locate Account B2YB26JMLJ4 | 0.00 | 170.00 | 1,894.83 |
| 04/13/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8751864 DP#4276 NSF (R03) No Account/Unable to Locate Account Q8YB26JMLJ4 | 0.00 | 1,895.00 | (0.17) |
| 04/19/21 | :ACH-WEB - NSF receipt Ctrl# 8739069 | 0.00 | (170.00) | 169.83 |
| 04/19/21 | :ACH-WEB - NSF receipt Ctrl# 8739070 | 0.00 | (1,895.00) | 2,064.83 |
| 04/19/21 | Returned check charge | 30.00 | 0.00 | 2,094.83 |
| 04/19/21 | Returned check charge | 30.00 | 0.00 | 2,124.83 |
| 04/22/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8767800 DP#22601 NSF (R03) No Account/Unable to Locate Account TXGT0BKMLJ3 | 0.00 | 260.00 | 1,864.83 |
| 04/22/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8767802 DP#4302 NSF (R03) No Account/Unable to Locate Account Q5HT0BKMLJ3 | 0.00 | 1,895.00 | (30.17) |
| 04/27/21 | :ACH-WEB - NSF receipt Ctrl# 8756913 | 0.00 | (260.00) | 229.83 |
| 04/27/21 | :ACH-WEB - NSF receipt Ctrl# 8756914 | 0.00 | (1,895.00) | 2,124.83 |
| 04/27/21 | Returned check charge | 30.00 | 0.00 | 2,154.83 |

**Resident Ledger**

|  |  |
|---|---|
| Stephen Rudolph<br>6919 Onyxbluff Lane<br>6919 Onyxbluff Lane<br>Blacklick, OH 43004 | Date: 09/24/2021<br>Resident Code: t0250000<br>Property: oh15537<br>Unit: OH15537<br>Status:<br>Rent: $1,895.00<br>Deposit:<br>Move In Date: 04/02/2021<br>Move Out Date: 01/01/0001<br>Due Day: 1<br>Tel Num(Office):<br>Tel Num(Home): 6148699913 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 04/27/21 | Returned check charge | 30.00 | 0.00 | 2,184.83 |
| 05/01/21 | Rent (05/2021) | 1,895.00 | 0.00 | 4,079.83 |
| 05/04/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8858500 DP#22830 NSF (R03) No Account/Unable to Locate Account MP1R10LMLJ4 | 0.00 | 2,205.00 | 1,874.83 |
| 05/04/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8858506 DP#4348 NSF (R03) No Account/Unable to Locate Account 334R10LMLJ4 | 0.00 | 1,895.00 | (20.17) |
| 05/10/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8866491 DP#22858 NSF (R03) No Account/Unable to Locate Account W9YYMDMMLJ2 | 0.00 | 1,900.00 | (1,920.17) |
| 05/10/21 | :ACH-WEB - NSF receipt Ctrl# 8835207 | 0.00 | (2,205.00) | 284.83 |
| 05/10/21 | :ACH-WEB - NSF receipt Ctrl# 8835208 | 0.00 | (1,895.00) | 2,179.83 |
| 05/10/21 | Returned check charge | 30.00 | 0.00 | 2,209.83 |
| 05/10/21 | Returned check charge | 30.00 | 0.00 | 2,239.83 |
| 05/13/21 | :ACH-WEB - NSF receipt Ctrl# 8858196 | 0.00 | (1,900.00) | 4,139.83 |
| 05/13/21 | Returned check charge | 30.00 | 0.00 | 4,169.83 |
| 05/17/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8886280 DP#22885 NSF (R03) No Account/Unable to Locate Account JKT4C1NMLJ4 | 0.00 | 2,305.00 | 1,864.83 |
| 05/17/21 | :ACH-WEB - Online Payment - EFT Payment. Mobile Web - Resident Services NSFed by ctrl# 8886346 DP#4396 NSF (R03) No Account/Unable to Locate Account 2TT4C1NMLJ4 | 0.00 | 1,895.00 | (30.17) |
| 05/21/21 | :ACH-WEB - NSF receipt Ctrl# 8872593 | 0.00 | (2,305.00) | 2,274.83 |
| 05/21/21 | :ACH-WEB - NSF receipt Ctrl# 8872594 | 0.00 | (1,895.00) | 4,169.83 |
| 05/21/21 | Returned check charge | 30.00 | 0.00 | 4,199.83 |
| 05/21/21 | Returned check charge | 30.00 | 0.00 | 4,229.83 |
| 06/01/21 | Electric - 04/02/21-04/23/21 | 28.10 | 0.00 | 4,257.93 |
| 06/01/21 | Fees - Utilities | 9.99 | 0.00 | 4,267.92 |
| 06/01/21 | Fees - Utilities | 30.00 | 0.00 | 4,297.92 |
| 06/01/21 | Gas - 04/02/21-04/07/21 | 15.75 | 0.00 | 4,313.67 |
| 06/01/21 | Sewer - 04/02/21-04/15/21 | 13.19 | 0.00 | 4,326.86 |
| 06/01/21 | Water - 04/02/21-04/15/21 | 8.78 | 0.00 | 4,335.64 |
| 06/01/21 | Rent (06/2021) | 1,895.00 | 0.00 | 6,230.64 |
| 06/06/21 | Late Fee | 75.00 | 0.00 | 6,305.64 |
| 07/01/21 | Electric - 04/23/21-05/24/21 | 82.25 | 0.00 | 6,387.89 |
| 07/01/21 | Fees - Utilities | 9.99 | 0.00 | 6,397.88 |
| 07/01/21 | Gas - 05/06/21-06/07/21 | 49.73 | 0.00 | 6,447.61 |
| 07/01/21 | Gas - 04/07/21-05/06/21 | 77.05 | 0.00 | 6,524.66 |
| 07/01/21 | Rent (07/2021) | 1,895.00 | 0.00 | 8,419.66 |
| 07/06/21 | Late Fee | 75.00 | 0.00 | 8,494.66 |
| 08/01/21 | Electric - 05/24/21-06/23/21 | 133.86 | 0.00 | 8,628.52 |
| 08/01/21 | Fees - Utilities | 9.99 | 0.00 | 8,638.51 |
| 08/01/21 | Gas - 06/07/21-07/07/21 | 40.27 | 0.00 | 8,678.78 |
| 08/01/21 | Rent (08/2021) | 1,895.00 | 0.00 | 10,573.78 |
| 08/06/21 | Late Fee | 75.00 | 0.00 | 10,648.78 |
| 08/11/21 | Notice Fee for OH state | 50.00 | 0.00 | 10,698.78 |

Resident Ledger   2 Of 3

**Resident Ledger**

|  |  |
|---|---|
| Stephen Rudolph | Date: 09/24/2021 |
| 6919 Onyxbluff Lane | Resident Code: t0250000 |
| 6919 Onyxbluff Lane | Property: oh15537 |
| Blacklick, OH 43004 | Unit: OH15537 |
|  | Status: |
|  | Rent: $1,895.00 |
|  | Deposit: |
|  | Move In Date: 04/02/2021 |
|  | Move Out Date: 01/01/0001 |
|  | Due Day: 1 |
|  | Tel Num(Office): |
|  | Tel Num(Home): 6148699913 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 08/24/21 | legal - Attorney Fees, Filing Fees, Service of Process - 8/22/21- Eviction Referral. | 373.00 | 0.00 | 11,071.78 |
| 09/01/21 | Electric - 06/23/21-07/23/21 | 182.38 | 0.00 | 11,254.16 |
| 09/01/21 | Fees - Utilities | 9.99 | 0.00 | 11,264.15 |
| 09/01/21 | Gas - 07/07/21-08/05/21 | 39.91 | 0.00 | 11,304.06 |
| 09/01/21 | Sewer - 04/15/21-05/17/21 | 25.31 | 0.00 | 11,329.37 |
| 09/01/21 | Water - 04/15/21-05/17/21 | 16.83 | 0.00 | 11,346.20 |
| 09/01/21 | Rent (09/2021) | 1,895.00 | 0.00 | 13,241.20 |
| 09/06/21 | Late Fee | 75.00 | 0.00 | 13,316.20 |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |