# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| **Stephen Rudolph** (xxx-xx-1150) | : | Case No.: 21-53083 |
| | : | Chapter 13 |
| **Debtor.** | : | Judge John E. Hoffman, Jr. |
| | : | |

## NOTICE OF:

## MOTION FOR ORDER GRANTING RELIEF FROM STAY REGARDING THE LEASED REAL PROPERTY KNOWN AS 6919 ONYXBLUFF LANE, BLACKLICK, OHIO 43004

American Homes 4 Rent Properties Seven LLC, a Delaware limited liability company (a.k.a. American Homes for Rent), Creditor herein, has filed a Motion for Order Granting Relief from Stay Regarding the Leased Real Property known as 6919 Onyxbluff Lane, Blacklick, Ohio 43004 in this Bankruptcy Case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion for Relief from Stay, then on or before **twenty-one (21) days from the date set for in the certificate of service of the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to **Clerk of Courts, US Bankruptcy Court, Southern District of Ohio, Eastern Division, 170 N. High Street, Columbus, Ohio  43215** OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date stated above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Matthew J. Roda, Esq.
MAGNUSON & BARONE
570 Polaris Parkway, Suite 140
Westerville, Ohio  43082

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 9-28-2021                     /s/ *Matthew J. Roda*

Matthew J. Roda (0061985)
MAGNUSON & BARONE
570 Polaris Parkway, Suite 140
Westerville, Ohio  43082
Tel: 614-901-5700
Fax: 614-901-5800
Email: mroda@talontitle.net
*Attorney for Creditor*
*American Homes 4 Rent Properties*
*Seven LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing NOTICE OF MOTION FOR ORDER GRANTING RELIEF FROM STAY REGARDING THE LEASED REAL PROPERTY KNOWN AS 6919 Onyxbluff Lane, BLACKLICK, OHIO  43004, was served on the below noted date, on those parties whose names and addresses appear below, via the Court's ECF system or regular U.S. Mail, as noted:

Those served electronically through the Court's ECF system:
- Faye D. English, Chapter 13 Trustee
- The Office of the U.S. Trustee

Those served via ordinary mail:
- Stephen Rudolph
  6919 Onyxbluff Lane
  Blacklick, Ohio, Ohio  43004
  *Debtor/Attorney Pro Se*

Dated: 9-28-2021             */s/ Matthew J. Roda*
                                                        Matthew J. Roda (0061985)
                                                        *Attorney for Creditor*
                                                        *American Homes 4 Rent Properties*
                                                        *Seven LLC*