Form a0odsmcr
(Rev. 6/17)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

| | |
|---|---|
| In Re: Stephen Rudolph | Case No.: 2:21–bk–53083 |
| Debtor(s) | Chapter: 13 |
| SSN/TAX ID: xxx–xx–1150 | Judge: John E. Hoffman Jr. |

---

### ORDER OF DISMISSAL WITHOUT THE ENTRY OF DISCHARGE

The Debtor(s) failed to comply with the court's Order Regarding Deficient Filing by Debtor(s) and Setting Seven (7) Day Deadline for Compliance; and Notice of Imminent Dismissal of Case entered on September 15, 2021 [Doc.9].

Accordingly, this case is DISMISSED without the entry of a discharge.

SO ORDERED.

Dated: October 1, 2021

*John E. Hoffman Jr.*
John E. Hoffman Jr.
United States Bankruptcy Judge